**In the Interest of D.C.M., A Minor.**

**JUVENILE OFFICER, Respondent,**

**Robert Clay Miller, Appellant,**

v.

**Teresa Lynn MILLER, Respondent.**

**In the Interest of J.L.M., A Minor.**

**JUVENILE OFFICER, Respondent,**

**Robert Clay Miller, Appellant,**

v.

**Teresa Lynn MILLER, Respondent.**

**Nos. WD 47103, WD 47104.**

Missouri Court of Appeals, Western District.

Aug. 10, 1993.

Thomas Eugene Hankins, Gladstone, for Robert Clay Miller.

Max Von Erdmannsdorf, Kansas City, for Juvenile Officer.

Thomas Dean Munro, Kansas City, for Teresa Lynn Miller.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from order of the trial court setting child support obligation in juvenile court proceeding.

Judgment affirmed. Rule 84.16(b).